UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID WITKOWSKI,

        Petitioner,

v.                                                        Case No. 11-CV-14450
                                                           Honorable Denise Page Hood

LLOYD RAPELJE,

        Respondent.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date February 26, 2013, the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**. A Certificate of Appealability is **DENIED**.

Dated at Detroit, Michigan this 26th day of February, 2013

                                                                     DAVID J. WEAVER
                                                                     CLERK OF THE COURT

                                                                     BY: s/LaShawn R. Saulsberry
APPROVED:                                                                Deputy Clerk


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon counsel of record on February 26, 2013, by electronic and/or ordinary mail.

                                              S/LaShawn R. Saulsberry
                                              Case Manager